# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAULA BENTON,**

        **Plaintiff,**

**-vs-**                           **Case No. 6:14-cv-00005-Orl-28KRS**

**DEPARTMENT OF JUVENILE JUSTICE,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed January 2, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 10, 2014 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED without prejudice**.

3. Plaintiff's Complaint is **DISMISSED without prejudice**.

4.     Plaintiff may file an Amended Complaint as to her claims for gender discrimination and retaliation within twenty-one (21) days from the date of this Order.  In the Amended Complaint, Plaintiff should clearly allege the legal basis of the cause(s) of action she wishes to pursue, whether a constitutional provision, treaty, statute, or a common law cause of action.  Plaintiff shall also state when (if ever) she filed Charges of Discrimination alleging gender discrimination and/or retaliation against Defendant and attach a copy of each such Charge.  If Plaintiff received any right-to-sue letters other than the letter attached to the Complaint, she should attach those letters to the Amended Complaint.  Plaintiff should also allege facts supporting her causes of action and show that they are plausible.

5.     Plaintiff is **prohibited** from reasserting her age discrimination claim against the Department of Juvenile Justice in any Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of February, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party